IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABBY MOREHOUSE and TREYSHAWN HOSKINS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br><br>THE UNIVERSITY OF THE ARTS.,<br><br>Defendant. | Case No.: 2:24-cv-04164-KNS<br>Judge: Hon. Kai N. Scott |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs Abby Morehouse and Treyshawn Hoskins ("Plaintiffs"), by and through undersigned counsel, hereby give notice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, that the above-captioned action is voluntarily dismissed, without prejudice against Defendant, The University of the Arts ("Defendant"). Defendant has not served an answer or filed a motion for summary judgment in this action. Furthermore, Plaintiffs have not previously dismissed any federal or state court action based on or including the same claims. Accordingly, Plaintiffs notice voluntary dismissal of this action, without prejudice.

Dated: July 7, 2025

Respectfully submitted,

*/s/ Gary F. Lynch*
Gary F. Lynch
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
412-322-9243
Email: gary@lcllp.com

*Attorney for Plaintiff*